UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATLANTIC CASUALTY INSURANCE
COMPANY,

                Plaintiff,

        v.

KOBAS & SALIH REALTY LTD., KOBAS
LTD. EBRAHIM SALEH, and ALPHONSO
REED,

                Defendants.

---

26-CV-3137 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

        An initial conference was scheduled in this matter for this Friday, June 26, 2026 at 10:30 a.m. However, because Plaintiff has not yet filed proof of service on the docket—though electronic summonses were issued for each Defendant—and because Defendants have not yet entered a notice of appearance, the conference is hereby adjourned *sine die*.

        The Complaint in this case was filed on April 17, 2026. *See* Dkt. No. 1.  Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action.  Fed. R. Civ. P. 4(m).  Accordingly, it is hereby:

        ORDERED that, no later than July 2, 2026, Plaintiff must submit a letter explaining why the Court should not dismiss the action without prejudice, consistent with Rule 4(m).

        IT IS FURTHER ORDERED that if the Court does not receive a letter by July 2, 2026, the case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 24, 2026
          New York, New York

                                Ronnie Abrams
                                United States District Judge