# THE BERKMAN LAW OFFICE, LLC

829 E 15TH STREET, BROOKLYN, NY 11230 | P 718.855.3627 F 718.855.4696 | BERKMANLAW.COM


September 2, 2026

Application granted. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 27. If Defendant seeks to file a renewed motion to dismiss, it shall do so no later than September 8, 2026.

SO ORDERED.

Hon. Ronnie Abrams
September 3, 2026

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Atlantic Casualty Insurance Company v. Kobas & Salih Realty Ltd., et al.*
Civil Action No. 1:26-cv-03137 (RA)
Withdrawal of Motion to Dismiss (ECF No. 27)

Dear Judge Abrams:

We represent Defendant Alphonso Reed, who hereby withdraws the motion to dismiss filed on August 3, 2026 (ECF No. 27). On a review of the motion in the course of studying this file, the undersigned identified errors in the supporting memorandum of law that cannot be cured by argument in a reply brief. Because Plaintiff has not yet responded to the motion, withdrawal imposes no burden on Plaintiff and no additional burden on the Court beyond the scheduling relief requested below.

Defendant Reed respectfully requests that the Court mark the motion at ECF No. 27 withdrawn. A replacement motion to dismiss has already been prepared and will be filed forthwith upon the motion's being so marked. It raises the same defenses under Rules 12(b)(5) and 12(b)(6) that were raised in ECF No. 27, so that no defense available to Mr. Reed is omitted within the meaning of Rule 12(g)(2).

Mr. Reed further requests that the schedule set by the Court's August 6, 2026 Order (ECF No. 31), under which Plaintiff's opposition is due September 11, 2026, be vacated as moot. In light of the confusion we have caused, Mr. Reed will of course consent to any reasonable schedule for Plaintiff's opposition to the replacement motion.

Respectfully yours,

Robert J. Tolchin

cc: All counsel of record (by ECF)